**Joseph V. VEIGA, III; Susan M. Veiga, on their own behalf and on behalf of all others similarly situated; Mary Kendall, Plaintiffs—Appellees,**

v.

**SUNTRUST BANK, Defendant— Appellee,**

v.

**Aaron Holsey, Movant—Appellant.**

**No. 11–1219.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2011.

Decided: Oct. 17, 2011.

Aaron Holsey, Appellant Pro Se. Harold G. Belkowitz, Ober, Kaler, Grimes & Shriver, PC, Washington, D.C.; Diane Festino Schmitt, Ober, Kaler, Grimes & Shriver, PC, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

**270**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Holsey appeals the order of the magistrate judge approving the settlement of this class action lawsuit and rejecting Holsey's objection to the settlement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Veiga v. Holsey,* No. 1:09–cv–02815–PWG (D. Md. filed Feb. 23, 2011, entered Feb. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*